**John M. HAMILTON, Plaintiff–
Appellant,**

v.

**Robert J. HOOD, Defendant–Appellee.**

**No. 01–35853.
D.C. Nos. CV–00–01016–MFM,
CR–92–00106–BBC.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 16, 2003.

Before BEEZER, KLEINFELD and
PAEZ, Circuit Judges.

MEMORANDUM **

John M. Hamilton appeals the district
court's dismissal of his 28 U.S.C. § 2241

---

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2). Accordingly, Hamil-
ton's request for oral argument is denied.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

habeas petition for lack of jurisdiction. We review de novo, *see Tripati v. Henman,* 843 F.2d 1160, 1162 (9th Cir.1988), and affirm.

Hamilton contends the district court has jurisdiction to entertain a claim of actual innocence raised in his § 2241 petition pursuant to the savings clause in 28 U.S.C. § 2255, which applies when the § 2255 motion is inadequate or ineffective. We need not reach that argument because Hamilton has not shown actual innocence of the crimes of conviction. *See Lorentsen v. Hood,* 223 F.3d 950, 954 (9th Cir.2000) (declining to decide whether a prisoner may resort to § 2241 if he is "actually innocent" but never had "an unobstructed procedural shot" at presenting his innocence claim).

Accordingly, the district court properly dismissed Hamilton's petition for lack of jurisdiction. *See Marino v. Vasquez,* 812 F.2d 499, 508 (9th Cir.1987) (commenting that court of appeals may affirm district court on any grounds contained in the record).

**AFFIRMED.**